IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CLAUDE BAGLEY | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | C.A. 2:17cv00453 |
| | § | |
| UNION PACIFIC RAILROAD COMPANY | § | |
|     Defendant. | § | JURY DEMAND |

## **UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE**

Now respectfully comes Plaintiff, CLAUDE BAGLEY and files his Unopposed Motion to Dismiss Without Prejudice pursuant to the provisions of Rule 41 FRCP and would show the following:

1.    Plaintiff filed this suit on May 25, 2017 under the Federal Employers' Liability Act (FELA), 45 U.S.C. §51 *et seq.* to recover damages for personal injuries sustained by Plaintiff while employed by Defendant and while engaged in interstate commerce.

2.    Defendant, Union Pacific Railroad Company filed a Motion to Dismiss for Lack of Jurisdiction on June 21, 2017. Defendant has not filed any counter-claims in this matter.

3.    Defendant is unopposed to Plaintiff's Motion to Dismiss without Prejudice and therefore would not be prejudiced by this dismissal.

4.    Plaintiff seeks a dismissal so that Plaintiff can refile this matter in State Court.

Plaintiff prays this court to grant Plaintiff's Unopposed Motion to Dismiss Without Prejudice to the refiling of same.

Respectfully submitted,

**THE YOUNGDAHL LAW FIRM, P.C.**

*/s/ Sara Youngdahl*
Sara Youngdahl
State Bar No. 24010504
4203 Montrose Blvd., Suite 280
Houston, Texas 77034-4906
281-996-0750
281-996-0725/Fax
syoungdahl@youngdahl.com

**ATTORNEY FOR PLAINTIFF
CLAUDE BAGLEY**

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff conferred by email with counsel for Defendant on Monday July 12, 2017 and counsel for Defendant is not opposed to this Motion.

*/s/ Sara Youngdahl*
Sara Youngdahl

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing instrument has been properly forwarded to counsel of record listed below pursuant to the Federal Rules of Civil Procedure on July 12, 2017.

*/s/ Sara Youngdahl*
Sara Youngdahl

cc: Douglas W. Poole                By Electronic Filing
    Bryan R. Lasswell
    McLeod, Alexander, Powel, Apffel
    P. O. Box 629
    Galveston, Texas 77553

    Kent Rutter                   By Electronic Filing
    Haynes and Boone
    1221 McKinney, Suite 2100
    Houston, Texas 77010