IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

CLAUDE BAGLEY,
    *Plaintiff*,

v.

                                        Civil Action No. 2:17-cv-00453-JRG

UNION PACIFIC RAILROAD COMPANY,
    *Defendant*.

## ORDER

Before the Court is Plaintiff Claude Bagley's Unopposed Motion to Dismiss Without Prejudice (Dkt. No. 9). Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**. It is therefore **ORDERED** that Plaintiff's causes of action against Defendant Union Pacific Railroad Company are **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own court costs.

All pending requests for relief not previously addressed by the Court are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** the above referenced case.

So ORDERED and SIGNED this 13th day of July, 2017.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE